**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-21460-CIV-SMITH**

ION INSURANCE COMPANY, INC.,

     Petitioner,

v.

RICH GUYS NICKEL, LLC,

     Defendant.

_____/

**ORDER AFFIRMING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This matter is before the Court upon the Magistrate Judge's Report and Recommendation [DE 60] on Casey Alexander Pickett's Motion to Abate, or in the Alternative, Stay the Third-Party Action [DE 40] (the "Motion to Stay") and Defendant/Third Party Plaintiff' Rich Guys Nickel LLC'S Objections [DE 71]. In his thorough and well-reasoned Report and Recommendation, Magistrate Judge Hunt recommends that the Motion to Stay be granted.

A district court may accept, reject, or modify a magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with."  *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3).

The Court, having considered Judge Hunt's Report, Petitioner's objections thereto, and having conducted a *de novo* review of the record, agrees with Judge Hunt's well-reasoned analysis and his recommendation that the Motion to Stay be granted.

Accordingly, it is

**ORDERED** that:

1.      The Magistrate Judge's Report and Recommendation to District Judge **[DE 60]** is

**AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2.      Casey Alexander Pickett's Motion to Abate, or in the Alternative, Stay the Third-

Party Action [DE 40] is **GRANTED**.

3.      The third-party action is **STAYED** as to Casey Alexander Pickett pending the

Court's determination of the coverage issue.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 4th day of June 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record